IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06MJ117 |
| | ) | |
| vs. | ) | ORDER FOR DISMISSAL |
| | ) | OF COMPLAINT |
| JOHN DOE a/k/a BRADLEY DOLLISON, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Motion of the United States (Filing No. 5) pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Complaint against JOHN DOE a/k/a BRADLEY DOLLISON.

IT IS ORDERED that the Motion to Dismiss the Complaint (Filing No. 5) is granted.

Dated this 5th day of February, 2007.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge